# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HAWKINS, <br><br> PLAINTIFF(S) <br><br> v. <br><br> DETECTIVE CHARLES HICKS, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> LA CV16-07818 JAK (AFMx) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANTS** <br><br> **JS-6** |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff, Leah Hawkins take nothing; that the action be dismissed on the merits; and that the Defendants recover from Plaintiff their costs of the action, taxed in the sum of an amount to be determined by the filing and approval of the appropriate application.

Clerk, U. S. District Court

Dated: May 24, 2018     By: _____
                          Andrea Keifer, Deputy Clerk

CV-44 (11/96)     **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**